*Amended Report*

# FINANCIAL DISCLOSURE REPORT

Calendar Year 2003

Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)

AO-10
Rev. 1/2004

| 1. Person Reporting (Last name, First name, Middle initial)  PISANO, JOEL | 2. Court or Organization  DISTRICT OF NEW JERSEY | 3. Date of Report  8/11/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. DISTRICT JUDGE (ACTIVE) | 5. ReportType (check appropriate type)  ○ Nomination, Date  ○ Initial  ● Annual  ○ Final | 6. Reporting Period  1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address  U. S. POST OFFICE & COURTHOUSE  FEDERAL SQUARE, PO BOX 999  NEWARK, N. J. 07101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer _____ Date _____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |

RECEIVED Aug 26 10 52 AM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME(Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2003 | Self-employed - Learning consultant |
| 2. | 2003 | NJ Division of Pensions |
| 3. | 2003 | First Colony - IRA |

## IV. REIMBURSEMENTS- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PISANO, JOEL | 8/11/2004 |

## VII. INVESTMENTS and TRUSTS– income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Oceanfirst Bank | A | Interest | | | Escrow Acct | | | | |
| 2. Wachovia Bank | A | Interest | J | T | | | | | |
| 3. Merrill Lynch Investor Account Dean Witter Stock | A | Dividend | J | T | | | | | |
| 4. Merrill Lynch Investor Account Putnam Interm Govt Inc Fund | A | Dividend | J | T | | | | | |
| 5. Merrill Lynch Investor Account MFS Government Ltd Fund | A | Dividend | J | T | | | | | |
| 6. Merrill Lynch Investor Account Davis Series Inc Govt Bd Fund | A | Dividend | J | T | | | | | |
| 7. Merrill Lynch Investor Account Ready Asset Trust | A | Dividend | J | T | | | | | |
| 8. IRA #1 AXA Money Mkt Fund | A | Dividend | | | Sell | 03/31 | J | A | |
| 9. IRA #1 Oppenheimer Champion Income Fd | A | Dividend | | | Sell | 03/31 | J | A | |
| 10. IRA #1 Putnam Intl Growth Fund | A | Dividend | | | Sell | 03/31 | J | A | |
| 11. IRA #1 Aim Basic Value Fund | | None | | | Sell | 03/31 | J | A | |
| 12. IRA #1 Calvert Income Fund | A | Dividend | | | Sell | 03/31 | J | A | |
| 13. IRA #1 Strong Govt Securities Fund | A | Dividend | | | Sell | 03/31 | J | A | |
| 14. IRA #1 Van Kampen American Cap Emg Grth Fund | A | Dividend | | | Sell | 03/31 | J | A | |
| 15. IRA #1 Federated Mid-Cap Fund | A | Dividend | | | Sell | 03/31 | J | A | |
| 16. IRA #1 Fidelity Adv Strat Opps Funf | A | Dividend | | | Sell | 03/31 | J | A | |
| 17. IRA #2 AXA Money Market Fund | A | Dividend | | | Sell | 03/31 | J | A | |
| 18. IRA #2 Oppenheimer Champion Income Fd | A | Dividend | | | Sell | 03/31 | J | A | |

1. Income/Gain Codes:       A = $1,000 or less       B = $1,001-$2,500       C = $2,501-$5,000       D = $5,001-$15,000       E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:             J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
                            P3 = $25,000,001-$50,000,000                        P4 = $More than $50,000,000
3. Value Method Codes       Q = Appraisal          R = Cost (Real Estate Only)   S = Assessment          T = Cash/Market

| Name of Person Reporting | Date of Report |
|---|---|
| PISANO, JOEL | 8/11/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. IRA #2 Putnam Intl Growth Fd | A | Dividend | | | Sell | 03/31 | J | A | |
| 20. IRA #2 Aim Basic Value Fund | | None | | | Sell | 03/31 | J | A | |
| 21. IRA #2 Calvert Inc Fd Class A | A | Dividend | | | Sell | 03/31 | J | A | |
| 22. IRA #2 Strong Govt Securities Fund | A | Dividend | | | Sell | 03/31 | J | A | |
| 23. IRA #2 Van Kampen American Cap Emg Grow Fd | A | Dividend | | | Sell | 03/31 | J | A | |
| 24. IRA #2 Federated Mid-cap Fund | A | Dividend | | | Sell | 03/31 | J | A | |
| 25. IRA #2 Fidelity Adv Strat Opps Cl A Fd | A | Dividend | | | Sell | 03/31 | J | A | |
| 26. IRA #1 First Colony Annuity | A | Interest | K | T | Buy | 03/31 | K | | |
| 27. IRA #2 First Colony Annuity | A | Interest | K | T | Buy | 03/31 | K | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | V = Other | W = Estimated | | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | PISANO, JOEL | 8/11/2004 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS  (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature                      Date    8/19/04

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| 1. Person Reporting (Last name, First name, Middle initial)  PISANO, JOEL | 2. Court or Organization  DISTRICT OF NEW JERSEY | 3. Date of Report  5/7/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. DISTRICT JUDGE (ACTIVE) | 5. ReportType (check appropriate type)  ○ Nomination,   Date  ○ Initial   ● Annual   ○ Final | 6. Reporting Period  1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address  U. S. POST OFFICE & COURTHOUSE  FEDERAL SQUARE, PO BOX 999  NEWARK, N. J. 07101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | PISANO, JOEL | 5/7/2004 |

## III. NON-INVESTMENT INCOME (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | First Colony - IRA | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2003 | Self-employed - Learning consultant |
| 2. | 2003 | NJ Division of Pensions |
| 3. | 2003 | First Colony - IRA |

## IV. REIMBURSEMENTS— transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PISANO, JOEL | 5/7/2004 |

## VII. INVESTMENTS and TRUSTS– income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)-

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Oceanfirst Bank | A | Interest | J | T | | | | | |
| 2. Wachovia Bank | A | Interest | J | T | | | | | |
| 3. Merrill Lynch Investor Account Dean Witter Stock | A | Dividend | J | T | | | | | |
| 4. Merrill Lynch Investor Account Putnam Interm Govt Inc Fund | A | Dividend | J | T | | | | | |
| 5. Merrill Lynch Investor Account MFS Government Ltd Fund | A | Dividend | J | T | | | | | |
| 6. Merrill Lynch Investor Account Davis Series Inc Govt Bd Fund | A | Dividend | J | T | | | | | |
| 7. Merrill Lynch Investor Account Ready Asset Trust | A | Dividend | J | T | | | | | |
| 8. IRA #1 Money Mkt Fund | A | Dividend | J | T | Sell | 03/31 | J | A | |
| 9. IRA #1 Oppenheimer Champion Income Fd | A | Dividend | J | T | Sell | 03/31 | J | A | |
| 10. IRA #1 Putnam Intl Growth Fund | A | Dividend | J | T | Sell | 03/31 | J | A | |
| 11. IRA #1 Aim Basic Value Fund | | None | J | T | Sell | 03/31 | J | A | |
| 12. IRA #1 Calvert Income Fund | A | Dividend | J | T | Sell | 03/31 | J | A | |
| 13. IRA #1 Strong Govt Securities Fund | A | Dividend | J | T | Sell | 03/31 | J | A | |
| 14. IRA #1 Van Kampen American Cap Emg Grth Fund | A | Dividend | J | T | Sell | 03/31 | J | A | |
| 15. IRA #1 Federated Mid-Cap Fund | A | Dividend | J | T | Sell | 03/31 | J | A | |
| 16. IRA #1 Fidelity Adv Strat Opps Funf | A | Dividend | J | T | Sell | 03/31 | J | A | |
| 17. IRA #2 Money Market Fund | A | Dividend | J | T | Sell | 03/31 | J | A | |
| 18. IRA #2 Oppenheimer Champion Income Fd | A | Dividend | J | T | Sell | 03/31 | J | A | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person·Reporting | Date of Report |
|---|---|
| PISANO, JOEL | 5/7/2004 |

## VII. INVESTMENTS and TRUSTS– income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. IRA #2 Putnam Intl Growth Fd | A | Dividend | J | T | Sell | 03/31 | J | A | |
| 20. IRA #2 Aim Basic Value Fund | | None | J | T | Sell | 03/31 | J | A | |
| 21. IRA #2 Calvert Inc Fd Class A | A | Dividend | J | T | Sell | 03/31 | J | A | |
| 22. IRA #2 Strong Govt Securities Fund | A | Dividend | J | T | Sell | 03/31 | J | A | |
| 23. IRA #2 Van Kampen American Cap Emg Grow Fd | A | Dividend | J | T | Sell | 03/31 | J | A | |
| 24. IRA #2 Federated Mid-cap Fund | A | Dividend | J | T | Sell | 03/31 | J | A | |
| 25. IRA #2 Fidelity Adv Strat Opps Cl A Fd | A | Dividend | J | T | Sell | 03/31 | J | A | |
| 26. IRA #1 First Colony Annuity | A | Interest | K | T | | | | | |
| 27. IRA #2 First Colony Annuity | A | Interest | K | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | PISANO, JOEL | 5/7/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date ___May 11, 64___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544